**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**GEORGE GARCIA, individually and on behalf of all** :
**others similarly situated,** :
                               **Plaintiff,** :
                                       :       **1:25-cv-10245-ALC**
     **-against-** :
                                         :       <u>**ORDER**</u>
**D'ONOFRIO GENERAL CONTRACTORS CORP.,** :
*et al.,* :
                                         :
                           **Defendant.** :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The parties are **ORDERED** to file a joint status report by May 21, 2026, regarding: the parties' positions on whether the CBA preempts this matter; Defendants' intention to file a motion to dismiss and, if Defendants intend to do so, a proposed briefing schedule; and the status of settlement discussions.

**SO ORDERED.**

**Dated:**       **May 8, 2026**
              **New York, New York**                                   
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**