UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/23/2026_

GEORGE GARCIA,

                Plaintiff,

        -v-

D'ONOFRIO GENERAL CONTRACTORS
CORP., *et al.,*

                Defendants.

**ORDER**

25-CV-10245 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 31 (the "Letter Motion"), requesting to adjourn the case management conference currently scheduled for July 2, 2026.  The Letter Motion is **GRANTED**, and the conference is adjourned to **August 5, 2026** at **10:00 a.m.**  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 382 827 985#).

The parties are reminded to send by email to RicardoNYSDChambers@nysd.uscourts.gov no later than **two business days** before the initial case management conference, a "Proposed Scheduling Order," in a Word document format, using the "Template for Proposed Case Management Plan and Scheduling Order" available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 31 as **GRANTED**.

1

**SO ORDERED.**

Dated: June 23, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge