**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**GEORGE GARCIA, individually and on behalf of all others similarly situated,**

**Plaintiff,**

**-against-**

**D'ONOFRIO GENERAL CONTRACTORS CORP., *et al.*,**

**Defendant.**

---

**1:25-cv-10245-ALC**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court schedules a hearing for **September 1, 2026**, at **4:00 p.m.** All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** **August 13, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**